REDACTED FOR
PUBLIC DISCLOSURE
FILED

2019 JUN -5 PM 4:17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

MICHAEL BAILEY
United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

CR19-01468 TUC-CKJ(MSD)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | I N D I C T M E N T |
|---|---|
| Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 554(a)<br>(Smuggling Goods From the United States)<br>Count 1 |
| Sergio Guerrero, | |
| Defendant. | 18 USC § 924(d) and 28 USC § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about April 17, 2019, at or near Marana, in the District of Arizona, SERGIO GUERRERO knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: 7,000 rounds of 9mm ammunition and 13,000 rounds of 7.62x39mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendant, SERGIO GUERRERO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any ammunition involved in the commission of the offense, including, but not limited to: 7,000 rounds of 9mm ammunition and 13,000 rounds of 7.62x39mm ammunition.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

Dated: June 5, 2019

*United States of America v. Sergio Guerrero*
*Indictment Page 2 of 2*